**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
SHAMEEKA BROWN-RICHARDSON,

                    Plaintiff,

    - against -

ALSTOM TRANSPORT USA, INC., a.k.a.
BOMBARDIER TRANSPORTATION
(HOLDINGS) USA INC.,

                    Defendant.
-------------------------------------------------------------- X

**Case No.** 23-CV-____ (___) (___)

**NOTICE OF REMOVAL**

       Pursuant to 28 U.S.C. § 1441 and based upon this Court's diversity jurisdiction under 28 U.S.C. § 1332, Defendant ALSTOM TRANSPORT USA, INC., a.k.a. BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC. ("ALSTOM"), hereby files this Notice of Removal, removing this action from the Supreme Court of the State of New York, County of Queens to the United States District Court for the Eastern District of New York. The grounds for such removal are as follows:

       1.     A civil action was commenced in the Supreme Court of the State of New York, County of Queens, in which SHAMEEKA BROWN-RICHARDSON is the plaintiff. ALSTOM, the petitioner herein, is a defendant in the action. The action is entitled *Shameeka Brown-Richardson v. Alstom Transportation USA, Inc. a.k.a. Bombardier Transportation (Holdings) USA Inc.*, and bears Index Number 702173/2023 (hereinafter the "Action").

       2.     ALSTOM received a copy of the Complaint on or about January 31, 2023 and agreed to waive service of same on or about February 8, 2023. A copy of the summons and complaint is attached hereto as **Exhibit "A"** (hereinafter "Compl.").

       3.     This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there

is diversity of citizenship and more than $75,000, exclusive of interest and costs, is at stake.

4. This Action, as currently pled, is a civil action seeking damages exceeding $75,000 for discrimination and retaliation on the basis of race/color, sex/gender, and disability.

5. Specifically, Plaintiff alleges that she was employed with ALSTOM for a period of almost 20 years and moved up the ranks of ALSTOM, starting at the age of 19; that after her promotion on or about March 1, 2021, to Senior Operations Manager, she began facing discrimination on the basis of her sex/gender and race/color, resulting in her taking medical leave in January 2022; that she complained of same; and was terminated in or around July 27, 2022. *See* Compl. at ¶¶ 2, 12, 16-18, 26, 27-29, 30-33.

6. The Complaint alleges that Plaintiff is a resident of Nassau County, New York. *See* Compl. at ¶ 9.

7. ALSTOM is incorporated in the State of Delaware and has its principal place of business in Pittsburgh, Pennsylvania. Pursuant to 28 U.S.C. § 1332, ALSTOM is therefore a citizen, resident, and domiciliary of the State of Delaware and Pennsylvania. 28 U.S.C. § 1332 ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.").

8. ALSTOM is therefore a citizen, resident, and domiciliary of a different state than that of Plaintiff, who is a resident of the State of New York.

9. Because complete diversity exists between Plaintiff and ALSTOM, this Action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

10. This Notice of Removal is being filed within thirty (30) days of ALSTOM t's receipt of the complaint, as required by 28 U.S.C. § 1446(b).

11. Pursuant to 28 U.S.C. § 1446(a), a true copy of the process, pleadings, order, and documents which have been filed in the state court action are attached hereto as **Exhibit A**.

12. Written filing of this Notice of Removal will be given to Plaintiff promptly after the filing of the Notice of Removal, as is required by law.

13. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of the State of New York, County of Queens as soon as possible after the filing of the Notice of Removal, as is required by law.

14. By filing this Notice of Removal, petitioner does not waive any defenses, which may be available to it, specifically including, but not limited to, the right to contest *in personam* jurisdiction over the petitioner, improper service of process upon the petitioner, and the absence of venue in this Court or in the court from which the Action has been removed.

15. All fees required by law in connection with this notice have been filed.

**WHEREFORE**, petitioner prays that this action proceeds in this Court as an action properly removed thereto.

Dated: New York, New York
February 20, 2023

Respectfully submitted,

Celena R. Mayo
Yusha D. Hiraman
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for Defendant*
*Alstom Transportation USA Inc. a.k.a. Bombardier Transportation (Holdings) USA Inc.*
150 E. 42nd Street
New York, New York 10017
T: (212) 490 - 3000
F: (212) 490 - 3038
Celena.Mayo@wilsonelser.com
Yusha.Hiraman@wilsonelser.com

279687789v.5